Rel: August 15, 2025

STATE OF ALABAMA -- JUDICIAL DEPARTMENT
THE SUPREME COURT
SPECIAL TERM, 2025

SC-2024-0765

William Foley and Brooks Foley v. Dr. Steven Scarcliff; Colon and Rectal Surgical Associates, a foreign corporation; and Grandview Medical Center, a foreign corporation (Appeal from Jefferson Circuit Court: CV-23-902531).

McCOOL, Justice.

AFFIRMED. NO OPINION.

See Rule 53(a)(1) and (a)(2)(E), Ala. R. App. P.

Stewart, C.J., and Shaw, Bryan, and Mendheim, JJ., concur.